UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Mark Harrison, Jr.**                                   **Docket No. 7:11-CR-99-1D**

**Petition for Action on Supervised Release**

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Mark Harrison Jr., who upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute a Quantity of Cocaine Base (Crack) in violation of 21 U.S.C. § 846, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on February 16, 2012, to the custody of the Bureau of Prisons for a term of 54 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years. On July 7, 2014, the government's motion pursuant to Rule 35(b)(1) was granted and the defendant's sentence was reduced to 42 months custody.

Mark Harrison, Jr. was released from custody on August 15, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 21, 2016, the defendant submitted to a urinalysis screening, which was confirmed as positive for marijuana by Alere Laboratories on January 10, 2017. Mr. Harrison admitted to using marijuana prior to the submission of that screening and at that time, requested assistance with entering into substance abuse treatment. Mr. Harrison has since engaged in individual outpatient substance abuse treatment with Chemical Dependence Training Evaluation and Guidance (CDTEG) in Jacksonville, North Carolina. He is also participating in the Surprise Urinalysis Program.

As a sanction for the violation conduct, it is respectfully recommended that the conditions of supervised release be modified to include the condition that he successfully complete 24 hours of community service.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| Robert L. Thornton<br>Supervising U.S. Probation Officer | Kristyn Super<br>U.S. Probation Officer<br>200 Williamsburg Parkway, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5104<br>Executed On: January 20, 2017 |

Mark Harrison, Jr.
Docket No. 7:11-CR-99-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __23__ day of __January__, 2017, and ordered filed and made a part of the records in the above case.

_____
James C. Dever, III
Chief U.S. District Judge